# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00525-CV

**In re City of Fort Worth, Texas and Charles Boswell, City Manager,
in his official capacity as the City's information officer**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators have filed a motion to dismiss their petition for writ of mandamus. The relators also request the return of documents filed with their petition. The real parties in interest do not oppose this motion. Accordingly, we grant relators' motion and dismiss the petition for writ of mandamus. *See* Tex. R. App. P. 42.1(a). The relators shall contact the clerk's office to make arrangements for the return of the reporter's record and the two sealed exhibits filed with the petition for writ of mandamus.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Filed: October 3, 2007